## UNITED STATES of America, Plaintiff–Appellee,

v.

## Benigno POZOS–SANTILLAN, Defendant–Appellant.

### No. 04–40174. Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2004.

James Lee Turner, Assistant U.S. Attorney, David Hill Peck, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Laura Fletcher Leavitt, Assistant Federal Public Defenders, Arturo Villarreal, III, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Benigno Pozos–Santillan appeals his guilty-plea conviction for illegal reentry

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

into the United States following a prior deportation in violation of 8 U.S.C. § 1326. For the first time on appeal, Pozos–Santillan argues that the sentencing provisions of 8 U.S.C. § 1326(b) are unconstitutional in light of the Supreme Court's holding in *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

Pozos–Santillan acknowledges that his argument is foreclosed by the Supreme Court's decision in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but he seeks to preserve the issue for Supreme Court review. *Apprendi* did not overrule *Almendarez–Torres*. *See Apprendi*, 530 U.S. at 489–90, 120 S.Ct. 2348; *United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000). Pozos–Santillan's argument is foreclosed. The judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.